UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

TRACEY ELAINE BLAIR,
A//K/A TRACEY ELAINE STEVENSON,

      Debtor/Appellant,　　　　　　　　　Case No. 06-12244
　　　　　　　　　　　　　　　　　　　　　　　HON. GEORGE CARAM STEEH
_____/

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Case No. 05-47009

ORDER DENYING APPELLANT'S MOTION FOR
<u>DISQUALIFICATION OF JUDGE PURSUANT TO M.C.R. 2.003(B)</u>

     This case is before the Court on debtor/appellant's motion for disqualification of judge pursuant to M.C.R. 2.003(B). Appellant submits an affidavit to support her stated belief that this Court and judge is biased such that there has been a violation of appellant's rights under the Due Process Clause of the Fourteenth Amendment. M.C.R. 2.003(B) contains a nonexhaustive list of grounds for disqualification of a judge upon motion of a party. Each of the grounds relate to a judge being unable to impartially hear a case. Appellant has not raised any reason that would support a conclusion that the undersigned judge is unable to impartially hear her case. It would appear that appellant seeks disqualification of the judge in this case because the Court dismissed her appeal as untimely. Unhappiness with a decision, without evidence of possible bias or prejudice, is not a reason for granting disqualification. Now, therefore,